**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Willie J. Zeno, Sr.
In Proper Person
133 Ambroise St.
Lafayette LA 70501


**REHEARING ACTION: June 20, 2012**


**Docket Number: 11   01240-CA**

**WILLIE J. ZENO, SR.**
**VERSUS**
**JOSLYN RENEE ALEX**

**Appealed from Lafayette Parish Case No. C-20100921**


<u>**BEFORE JUDGES**</u>**:**

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. James T. Genovese**
  **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Willie J. Zeno, Sr.** has this day been

  **DENIED.**


cc: Jo Ann Nixon, Counsel for the Appellee